Local PLRA Complaint Packet

Rev. 5/1/13

**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

Scott Ramon Parizek   37132

[NOTE: Enter the FULL name and inmate number of each **Plaintiff**]

vs.                                                     **COMPLAINT**

Rozanna C. Larson (Ward county States attorney)
Joshua F Frey (Mchenry County States attorney)
Bob Roed (ward county Sheriff) (2021)          IL
Leah Viste ward county
Michael Hurley (Judge mchenry county)       State of North Dakota

[NOTE: Enter the FULL name of each Defendant]

Trey Skagor (mchenry county Sheriff) (2021)

I.    **Previous Lawsuits:**

[NOTE: If there is more than one plaintiff, attach a separate sheet with the information in part I and II below for EACH plaintiff.]

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or have you filed any other lawsuits relating to your imprisonment? Yes ☒ No ☐

B.    If your answer to A is Yes, please answer questions 1 through 7.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs   Scott Parizek

Defendants   Ward County Jail
              Ward County

2.    Court :   United States District Court, Ward county
[NOTE: for federal court lawsuits, name the district and for state court lawsuits, name the county]

3.    Case Number: 1:18-CV-0110, 1:18-CV-115

4.    Name of judge to whom lawsuit was assigned: Charles S miller

5.    Disposition of lawsuit, if known:   dismissed on good faith
[NOTE: for example, was the lawsuit dismissed, appealed, or still pending]

Local PLRA Complaint Packet

Rev. 5/1/13

6.   Approximate date lawsuit was filed: May/31/2018 , June 15 2018

7.   Approximate date lawsuit ended: June/21/2018 , Feb/2021

## II. Place of Present Confinement: _____

A.   Is there a prisoner grievance procedure in this institution? Yes ☒  No ☐

B.   Did you present the facts relating to your complaint to the institution's prisoner grievance procedure? Yes ☒  No ☐

C.   If your answer is YES,
   1.   What steps did you take? Jan/10/2021
   Complained to head Jail Staff in Heart of America

   2.   What was the result?
   Asked if I had pending cases in ward, then was told no provider at my treatment. There is a Phymacy in every town more information on Complaint filed on March 10 2022

D.   If your answer is NO, explain why not:
   Heart of America I was on iceolation during the trist week unable to get to the Keyostk also so sick could not stand.

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ☒  No ☐

F.   If your answer is YES,
   1.   What steps did you take? March/2/2022
   I had my bond which was told to me to be 8,000 Post 10% with $250 already postal. I had took a plea deal at time served on cases 51-2021-CR-00164, 51-2021-CR-00387 51-2021-CR-00742 and 51-2021-CR-02023 to resolve a bond and be able to complete a probation revocation requirement with only 10 days to go please refer to letter march 10, 2022
   2.   What was the result?
   I gave my court documents to Jail Staff told I was a lier and no one did anything to help me as I was held on a bond that been resolved also in or about 03/2021 I was held without bond when infact I had a bond.

# PART II continued

G. Name of Defendant # 5
Michael - Hurley
  Official Position:
   Mchenry county Judge
   If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity
      ☒ yes
      ☐ NO

   If Defendant is a government official or employee are you suing the Defendant in his or her individual capacity
      ☒ yes
      ☐ NO

Place of Employment
   Mchenry county court house
   407 main street South room 307

H. Name of Defendant # 6
    Trey Skager
  Official Position:
    Mchenry county Sherriff

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity

☒ Yes

☐ No

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity

☒ Yes

☐ No

Place of Employment:
McHenry County Courthouse
4/07 main Street South room 30/

Part II   continued
Name of Defendant # 6
Leah Viste
Official Position:
assistant States attorney

If Defendant is a government official
or employee, are you suing the Defendant in
his or her official capacity
☒ yes
☐ No

If Defendant is a government official
or employee are you suing the Defendant
in his or her individual capacity
☒ yes
☐ No

Place of Employment
Ward county court house
315  3rd St S.E.

name of Defendant or government enity # 7
The State of North dakota
   offical Position
one of the 50 States in U.S.A.

If Defendant is a government official or employee,
are you suing the Defendant in his or her,
official capacity
          ☒ yes
          ☐ NO
If Defendant is a government official or
employee, are you suing the Defendant in his or
her government enity capacity
          ☒ yes
          ☐ no

A government enity can be as big
as a state and as small as
an office

Local PLRA Complaint Packet

Rev. 5/1/13

**III.    Parties**

[NOTE:  In item A below, enter your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, on line B, if any.]

A.    Name of plaintiff:  _Scott R Parizek_

Address:  _____

B.    Additional plaintiffs:  _____

_____

_____

_____

[NOTE:  In items C-F below, enter the full name of the defendant in the first blank, defendant's official position in the second blank, whether you are suing defendant in both official and individual capacity in third blank and defendant's place of employment in the fourth blank.]

C.    Name of Defendant #1:  _Rozanna C larson_

Official Position:  _Ward county States attorney_

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☑ No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?    Yes ☑ No ☐

Place of Employment:  _Ward County attorney_
_315 3rd St s!E. Minot_

D.    Name of Defendant #2:  _Joshua E Frey_

Official Position:  _mchenry County States attorney_

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☑ No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?    Yes ☑ No ☐

Place of Employment:  _mcHenry States attorney_
_407 main Street South Room 307_

E.    Name of Defendant #3:  _BoB Roed_

Official Position:  _Ward County Sherriff_

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?    Yes ☑ No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ❑ No ❑

Place of Employment:    _Ward county Sherriff_
                        _315 3rd St S.E._

F.    Name of Defendant #4:   _Leah Viste_

Official Position:   _Assidein DA_

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?      Yes ☑ No ❑

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☑ No ❑

Place of Employment:    _Ward county court house Judge_
                        _315 3rd St S.E._

G.    Additional Defendants :    Use a separate sheet of paper.  Write the heading **PART II CONTINUED** at the top of that sheet.  For each additional defendant list:
    Name
    Official Position
    Suing in Official and/or Individual Capacity
    Place of Employment

## IV.    Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C.§1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

Local PLRA Complaint Packet

Rev. 5/1/13

**V.     Statement of Claim**

A.    Claim No. 1:  [NOTE:  State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You
       MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the
       names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☑ No ☐  If yes, please describe.

Joshua E Frey was called and left several voicemails
about how I was in the Community medical services
Methadone treatment of 60 mlgs dayly which I was
getting while my Sort Stay at ward county. I wrote
a letter to mckhenny courthouse michael. Hurley disregarded
BoB Roed and Trey Skager allowed transport anyways
Knowing I would be cut off my methadon. dayly
does. Wensday, Middle of January, I was moved to Rubey
the Heart of America for no reason, for. Mchenny county did not
have a jail and the court hearing could of done over zoom
out of ward county. I was denied my methadon

B.    Claim No. 2:  [NOTE:  State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case.
       You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include
       also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐ No ☑  If yes, please describe.

Douglas L mattson and Rozanna C. larson have
Discriminated against the Plaintiff for his roll in
exsizing my Rights as an american with Disablity's
Douglas L mattson Steting that he Should not be
My Judge asked to be removed from my frivolus or malicious
Criminal charges. The judge had asked to be
removed from my criminal case at the internal
apperance. I was later denied due process, giving
a failure to appear against the court agreement.

march/20/2022

Statement of claim
A continued/claim no 1   page 4
exhibt (1)   under 12.1-32-11, 12.1-32-11(1&3),
12.1-01-01(B), 12.1-32-01(6), 40-18-14, 29-26-05,
29-26-10, 29-26-12(2). reffer to exbit(1) or index(1)
        on march 18-20 Joshua E frey was called like
last time in about mid Jan/2021 texted and
the Plaintiff express with great concern of his
Physical health. Joshua E frey the States attorney
of mchenry county of N.D. 701-537-5682 at
1pm on march 20 by text  on march 18 friday voice-
mail
Michael hurley wrote and called 701-537-5739
401 main st Room 203 Towner N.D. 58788
on march/20/2022 and march/18/2022. Several
letters through Dec- March. warning of
Situation
        BoB roed wrote letter march/20 8:39pm
and sent a request through keyosk at ward
County dayroom K2 at 8:35 pm to captain
Paul and BoB roed explaining Situation. In
Jan/2021 only Staff was notifed moved quickly last
time
        The $1,175,000.00 is for hardship
Physical stress done to Plantiffs Body, mind

and soul. The money will be used to pay for medical needs of plaintiff such as a car to get to hostible and a house to allow the plantiff to live a normal life without stairs in the house, an easy access tube to shower in and to take a bath. TO have a pay to pay a trainer to keep movement and health up. TO have a morge free house were will plaintiff work. The money will be long term living expenses

The 1,175,000.00 why be award a huge Violation on American with Disablitys were violated the Plaintiff trusted the government enity with his life and physical whell being. The Plaintiff was already let down three times now being" threaten a fourth time. The Plaintiff live has been shorten extremly by the molicious attacks on Plaintiff health and freedom by the State of north Dakota. Michuel Hurley, Joshua Efrey, and trey skager put the last nail in the coffen as they say I ask in a wrongful death in the near futture do the situation. 50% of this Suit go to payton Parizek when he is 18 years of age, 25% to Vanieca Parizek or Erickson the last 25% go to Doddi Ruth Erickson

V.

Statement of Claim
B continued / claim no 2 page 1

Douglas L mattson did not allow me
to have a preliminary hearing to hear the
evidence in criminal cases 51-2020-CR-01991
and 51-2021-CR-00387. The case 51-2020-CR-
01991 out of ward county, N.D. was very malicious
and frivolus against the plantiff. The case had
a clear 4th addmendment violation, The Plantiff
is being denied the most basic Rights of
being an american.

The case 51-2020-CR-01991, The Minot P.D.
had went to ruthville Oct/2020 for a simple
assault Domstic violence situation. The plaintiff
answers the door, steps out, shutting the door
behind himself. The Police ask the Plaintiff's
Name and answered " Scott Erickson" Erickson is
his mom, sister, brother, and step father for all his life
last name. The plaintiff is in the back of the cop car
as minot P.D. called the Minot Parol and probation
office. The Police got ahold of the wrong P.O.
and get the Okey to go'in and as the police
hung up the Phone. I heard an officer yell Movement
inside the home; eventhough, after the sweep no
one was in there. The Home was not on

Any parol or probations officers approved address file. The Home owner was not on Probation at the time of Search; the police simply kicked the door down and as they made inside I yell from the cop car. everything is more in the house. The fruit of the poisonous tree doctrine, exclusionary rule and chimel V. california (US, sup, ct 1969) apply in this case, but I have sat over a year on the case Judge Douglas L mattson violated my Right of due process by not allowing me to have the preliminary hearing due to Douglas L mattson discriminated against plaintiff in the cases before hand 1:18-CV-115, 1:18-CV-0190

The case S1-2021-CR-00387 is very malicious over 11 charges with a tampered with video evedence as the main line of States evedence Judge Douglas L mattson once again denied my preliminary hearing and his montion was denied of been removed from my case load. admitting himself that he should not be my Judge due to his discriminating issues against me.

Rozanna C lorson, Douglas L mattson ,and leah viste while working under the color of law did not make a real effort at all in my cases to make it fair. A Sum of $125,000.00 should be

Page 2

V. Statement of claim
B continued / claim no 2
awarded to the plaintiff because while
the plaintiff was in Ward county his bond
was told to him $10,000 cash but online
it stated No Bond due to the 8th
addmendment Douglas L mattson and
Bob Roed had violated the U.S.A. Amendment
due to discrimination of plaintiff.

The $125,000.00 should be awarded to
plaintiff, for the plaintiff's victim in the
criminal case was 3 months pragnet with
the plaintiff's daughter case 51-2021-CR-00387
The family was split up, emontional and mental
suffering under went by plaintiff.

The $125,000.00 will go to ighting the word
leah viste, Douglas Mattson and Rozanna C
larsson made in the time of the plaintiffs life.
DNA testing of cathleen Hubbers daughter
also futture court cost to get plaintiff's
name on the birth certifate.

Douglas L mattson also made a very
discrimating montion apon plaintiff late Dec/
2021. Douglas L mattson gave the plaintiff a
$20,000.00 Bond on case files that alreddy

had a Bond posted. Rozanna C larson working as the State of north Dakota in a failure to appear on a Status conferance.

The court illeagaly filed a failure to appear on the plaintiff. The scheduling order for all the criminal cases against the Plaintiff states the Plaintiff only has to show up physically with an asterik. The Plaintiff did not have to Physically appear for on the aggreement that the court gives in all cases unless the Court gives a 24 day wrighten notice under the scheduling 3.2 Rule 6(d)(1)(1), (6)(d)(1). The court was past the dates on the scheduling order aggreement Schedule order(k) on misdormenor (2) on fellion matters the date on the Schedule order were very much past the date that physically appeacieny montion issues had past.

The $125,000.00 would cover loss of employment, reputation and physical life. The mental and emontional pain put on plaintiff along with the unneeded Stress put also on the already weak heart.

The failure to appear was dismissed, but The ~~damage had been done~~ Leahviste is a good person Just trying to do her job

√.

Statement of claim
C. Continued/ claim no2. page 3

Leah Viste, Bozanna C Larson, and
Douglas L mattson are breaking there own
court rules on case 51-2021-CR-00742 one
of the many cases on the Register of
actions on 11/23/2021 index # 30 The state
held a request for status conference for the
12/03/2021 only 10 days this is only one example
other cases very on the notification to
Plantiff, Under the Scheduling order
32 Rule 6 (d)(1)(1), Rule 6 (d)(1) the
court must give a 24 day notice to
physical appear also the date required
to appear physical according to the scheduling
order. The Plantiff snid be defendant in the
documents only need to appear physical on
issues with an asteric. The scheduling order
also states that Plantiff said defendant in court
documents only must appear to case issues
before said date on the scheduling order
it self under (1) on misdormenor scheduling order
(2) on fellian scheduling order. The date far
past in all cases 51-2021-CR-00025, 51-2021-

CR-00027, 51-2021-CR-00164, 51-2021-CR-00387 and 51-2021-CR-00742 issued 12/3/2021

Leah Viste and Rozanna C Larson prove my point of discrimination under cases 51-2021-CR-00025 and 51-2021-CR-00027 the factal bases explains everything and also prove the State will issue a warrent on anything on the Plaintiff. A man said I called is that enough to jail a man? The case 51-2021-CR-00998 reanforces my point completely of how grossly my rights as an American are discriminated. The Justice system should be here to helpaur people not hurt them or used in a way to "get back at a person"

The acts of discrimination are gross and very unjustice like. the deticdants took advantage of there government job or position to make an Example out of a person who speaks out against the State. The States attorney shouldn't charge a man with just anything or believe anyone

To charge the Plaintiff with Felion Stacking as the Victum is trying to vist the Plaintiff to show the new born daughter or charging Plaintiff with a Violation of contact order while said victum is paying for calls perside jail wanting Aplied to vist while Plaintiff is in jail. save birth in Bismark Jamiz

Page 1                                    March/20/2022

V.  Statement of Claim

   A. Continued/claim 1.01

      American Disablity Act under Mat. A
federal Civial Right States No government
enity may denie or discriminate against
methadone treatment with my pre exicting
heart Condition Compounds this
Situation. A clear disregard of Human
life and reckless endangerment of my
physical health. The damage done to
my already trouble heart is noticed day/ly
with a pain that has only gotton
worse Since this event.

   I left Jan/2021, tuesday night for heart of
america in Rubey N.D. I went through
Seven days of no methadon treatment. I
was not Slowly detoxed Simply Cut off
cold turkey meaning a Sudden Stop or
denied me my treatment of methadone.

   As I was being denied methadone at the
Heart of America, Rubey N.D. I would beg staff
for help in the life situation, I was put in.
One Staff member asked if I had "any Ward county
Warrents" to move me back to ward county
Jail were I could get my treatment.

I answered "NO". Another Staff member said
Heart of America in Rubey N.D. Don't have a
provider I answered Every town has a
Pharmacy.
   I went through life changing and threatening
detox again. The feeling of chest pain, goose
bumps, sweats, No sleep, can't eat, throwing
up, head achs and damage once again to
my heart. The pain was so bad that words
can not discribe it; Joshua E Frey and
Michael e hurly knew it when I went to court
on Cases No. 25-2021-CR-005 & 2020-CR-301
Michael hurly saying Kangaroo court and allowing
the State to offer a Plea deal which
The two had to know It was a false
Plea of guilt. It is recorded on video and
the dieatog is Self explaining only to have
the cases on my Probation icvocation later
Used by Rozanna larson. A false Plea of guilt
   Everyday is a Struggle to make it up
a flight of Stairs or even Sitting for more
then a half hour without chest pain. My
family can see a prononiced differance to
before this event had happen in my life

Page 2

March/20/2022

V. | Statement of Claim
      A. Continued/claim no 1
I can not lift heavy items, run or even
Stand for long periods of time. I already
have Several consequenses from my last.
Sever denial of my treatment 1:18-CV-01110
November 2016 with Ward County. The
Combined events have made little to
nothing like before. Sex is a painful event
now with it ending normally grasping my chest
for the pain is to much to even do it, for
after Novembers 2016 with Ward County event
the pain was some what manageable. I
will never live a normal life or be able
to hold a job. I dream of being a dad,
and lossing custody well in treatment Nov/
2016 and now the physical dumage caught
up and doubled down. I have to ponder
if our Justice System was just trying to
kill me. I experanced two life threating
Situations and Several discrimatening
criminal case for my roll in speaking
out or up against the County of
Ward. reffer to exbit 1 or index 1

Joshua E Frey, Michael Hurley, and trey stagger must pay the amount $1,175,000.00 to the be awarded to the plaintiff, for Dening methadon treatment to the plaintiff, scott Parizek Caused physical injury lasting for the rest of the plaintiffs life. The plaintiff also had Experianced fear for his life, plead guilty in a non lawfull way that had lasting consequenses, How will the plaintiff ever work or live a normal life after this trageedy, at only 31 what or will he be able to do for worll, even at times having to pee sitting down for the chest pain.

The defendants were only working under the color of the law, but it should be split by the countys for equal accountablity. The ward county Sherriff should ot not let me be put in harms way and mchenry county defendants Should of performed ~~zoom~~ from ward therefor not moving me to a jail that would have life long consequenses for plaintiff, mchenry county dont have jail

The 1,175,000.00 would cover living expences along with futture medical travel, medication, and up kkeep of needed medical examies for plaintiff, covirg lost employment and any needs see fit for Plaintiff directly caused by

Page B                                    March/ 20/2022

V.    Statement of Claim
        A continued / claim no l
the defendants while working under the
color of law also being a clear denied
civial Right, The mchenry county defendants
    The plaintiff should be awarded the
$1,175,000.00, for he even called warning
of his bad heart condition and how
it would be putting his health in harms
way also wrighting several letters to
mchenry county defendants also letting
word county jails staff knowing of
the situation, The defendants Both have
a hand in the situation, Mike hurley most of all
                                              to blame
    Everything, the plaintiff does he is
reminded of the event by chest pain and
head achs, showing, laughing, sitting,
driving, and even sleeping. Plaintiff has to
sleep in only select positions in order
                    with the lifeless expenderges due
to the rased blood preasure meds as a
direct cause of the dening of his
methadone treatment guided by federal
laws not to happen, Mchenry county far more
at fault because there denied methadon, so
Michael c hurley, Joshua E Frey and trey skager denied treatment

Joshua: Failed to act on my voicemails. He had the power to contact Trey Skager mchenry county Sherriff. BOB Roed ward county sherriff failed to not allow or report that moving the Plaintiff would be putting in harms Way. Michael Hurley failed by not taking the letters seriously or contacting anyone about the possible danger that the Plaintiff would be put in. All defendants failed to uphold that No inmate will be put through physical harm protected by many laws throughout our government Jan/2021

A government enity is a group of people working under the color of law. The group of people are directly dealing with human life and health. The group of People, have a very large amount of Power and responsiability. The group of people can work togeather to get a resault they are seeking for or Physical damage inflicted. yes, I was in imminent danger of serious physical injury that could of been avioded by the defendants if they would of not denied or discriminated the treatment Program. Michael hurley going as far as santencing me to 180 days on a class B misdimianor with need of warning on 25-2021-cR-005 d 2020-cR-301

Local PLRA Complaint Packet

Rev. 5/1/13

C.   Claim No. 3:  [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐  No ☑  If yes, please describe.

Leah Viste & Rozanna C. Larson has made several frivolous and malicious criminal cases against plaintiff. The Plaintiff even prodicting that Rozanna c Larson would be charging the Plaintiff with a frivolous case in case 1:18-CV-01110 or Parizek Vs ward county. The Plaintiff only weeks before trail had wrote a letter that accurately prodicted the event to a remarkable reality in the months before hand 51-2021-CR-00387.

Leah Viste & Rozanna C. Larson had broken 3 plea deals off the record and even charging me for the most outrageist things 51-2021-CR-00025
51-2021-CR-00027

D.   Claim No. 4:  [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☐  No ☑  If yes, please describe.

On Dec/21/2021 I was served a warrent that stated to serve 90 day. or provide proof of completion of Domestic class and I had completed an anger management class The Judge Said to do an online class. According to 29-26-10 due to K. Hossan putting 439/8072 dated 12/21/21 1450 hrs dating and time on warrant with officer under ward county I am committed to the officer. Another form of discrimination Violation of there own laws against plaintiff. Bob Roed and try Skager being active Sherriff's acting under the color of the law should of knew that my medication could not be denied by a government enity

State ment of claim

V.

Leah viste

C. continued/claim no 3 page 1

Rozanna C Larson, and Judge Douglas L mattson failed while working under the color of law to treat the plaintiff equally instead there discrimination against the plaintiff was at     full force. as we all know it is very easy to see the discrimination against the plaintiff as you read this very true Situation. All the evedence is in court documents and not hard to find. to revocate the plaintiff drug probation on non violent non drug cases TO have public defender monty mertz, fargo Say to the plaintiff " if you don't take the plea deal, I will tell the state your not coperating not taking the plea deal"

Leah viste, assistant States attorney says" you won't take the plea deal we will just give it to you"

On March 2nd being told my bond would only be $550 for the court of ward county to lie and the plaintiff be held on a $7,775 bond. The stage was set and if No one can see how the State used the girl like a Porn or treat Rights

were being violated across the board.
A lot of monkeying around, so the
$50,000.00 should be awarded due to
the pure fear instilled into the
Plaintiff and it be used for counciling

The state no longer believes in it's people;
it is breaking several laws jerking me around
and the discrimination can be seen all the way
back to Nov/2016 when the Plaintiff lost
his son while in the methadone treatment
program a clear discrimination act.

In Nov/2016 the Plaintiff or I had been
locked up denied my treatment almost died
rushed to the hostible to have a enlarged
anysim, medication raised, and almost die.

I filed a complaint with the D.O.J. Jan/
2017 in which changed treatment forever in
north dakota across the state. I saved
thousands of lives, changing even more,
and showing the frist relief of the opiod
overdoes issues along lasting relapse prevention
for thousands of local north Dakotans. The
program was allowed in several jails and even N.D.S.P
but I was granted No money for my
suffering

V. | Statement of claim

, C. Continued / claim no 3 page 2

Leah vistre & Rozanna C larson State Attorney form N.D. county of ward has a grudge and alternitive motoies in any cases dealing with the plaintiff criminal cases. Rozanna C larson issueing several counts of frivolous or malicious criminal charges to herassing, Violating American Rights, and addabusing powers given to her by her office working under the color of law. Rozanna C larson will not look at the truth or accept that her job is not to make thing look one way or to alter reality.

Leah vistre & Rozanna C larson will violate even the most basic American Rights to ensure a conviction. Case 51-2020-CR-01991 the 4th addmendment I spoke of earlier.

read factual Bases → Case 51-2020-CR-02025, A case that should not excist for a noterized letter was handed in 5 day prior to the date of crime asking the no contact be dropped with the state using the situation in order to entrap the plaintiff. Within 60 days of the dropial crooi Joshua E frey had issued another no contact and Rozanna C larson enforced the order

Knowing just months before it was dropped.
Case S1-2021-CR-00005 and S1-2021-CR-00027
the plaintiff criminal vitium John Doe had Simply
went down to the police Station Showed the
incomming phone call log that showed a text
new number had called him. John Doe Said it
Was the Plaintiff is all the evedence in the case.
The Plaintiff had to post a $150 bond then was
Moved to Heart of america denied his methadon
treatment then Joshua E. frey had issued a
simple assault by only words as evedence. The
Plaintiff not arrested on Sence, nor was giving
his treatment. The plaintiff has begain to
Wonder if the two states attorney were working
togeather to ensure a Dismissal in case
1:18-CV-0110 or Parizek vs ward county.
(Dismissed on good faith) Rozanna C larson
Knowing I would be on methadon and the
no contact between the mother of my daughter
and I or plaintiff could easly be renewed to
"Set up" the plaintiff.
Case S1-2021-CR-00164 The victim in
the crime addmitts to making contact
first but Rozanna C larson fuel of

page

V

Statement of claim
  C. continued / claim 3  page 3
discrimination of the Plaintiff in the
American Disablity complaint made against
Ward County was far from being over,
    Rozanna C Larson had ensured if the
Plaintiff did not get into any trouble case
51-2020-CR-01991 would be dismissed then
issues several frivolus cases frist broken
Plea deal like case 51-2021-CR-00387 with
tampered with evedence
     51-2021-CR-00998  06/18/2021 another charge
Plaintiff's Crimminal  Stalking Victim in case 51-2021-CR-
00387 was applied to vist the Plaintiff 10
show the new born baby girl. Jane Doe
had put money on Plaintiff's comenication's acccount
copied at a government enity holding the
Plaintiff for Stalking her to vist. The government
enity denied the vist against the Frist addmendment
BoB Roed the head of the enity had not
Stood up for the plaintiff to see his
new family member instead giving the plaintiff
another charge 51-2021-CR-00998
Douglas L mattson, would also up hold
the "no contact order even though) i request

Were made several times to drop the order by Jane Doe. Once a victium of a no contact order applies, to vist an inmate while in custody this is a clear violation of the frist addmendment freedom of speech and peaceful assemble. If two partys want to speak but cuat because of a government enity this violates the freedom of speech. The evedence is clearly in front of anyone looking at the picture.

Leah Vote), Rozanna c larson and Douglas L mattson denied the pursuit of happiness also covered in the most basic Rights due to there discriminated demeanor showen time and time in the court room. dening the plaintiff even to see his newly born daughter or visting the mother of his child fueled by the gruage upheld by the plaintiffs past lawsuit 1:18-CV-0110 Parizek Us Ward County

The Plaintiff should be awarded $[?] to rebuild his inmage, and the mental abuse Rozanna c larson clearly put on the plaintiff The money will be used for councilrst that is very much need arter the situation.

Statement of claim
C. Continued / claim 3    page 4

Leah viste & Rozanna c larson had made several
fake aggrements with Plaintiff after the
Bond was posted in case 00387 the deal
was 18 month 7 months served with a
tompkens requirment. The Plaintiff posted
bond and went to treatment completed
the program at North human Services
The counciler giving a time sirved recomendation
but Rozanna c larson did not uphold the
aggrement made off record even inouing
forward with revocatting Plantiff probation
in attempt to force a sentence the 18
months. The new offer 18 months with no
time served, so the plontiff would do
2 1/2 years for giving a girl a babby
and trying to be a DAD got sober
completed treatment. Rozanna c larson and
Douglas L mattson still wanted more.
The Plaintiff past attorey nicniety mertz had
said very upsetting staicments to the
Plaintiff. Monety mertz has said several times
to the Plaintiff that there are alot of discriminating
statements said by the Judge and states attorney

Montey Mertz made it very clear to the Plaintiff that the criminal case against him was not about what is happening but what had happen in the 1:18-cv-01110, or Prizek Vs Ward county

The $50,000.00 should be awarded to the Plaintiff on the bases of abussing the office of power, making false situation to get back at the Plaintiff and even denied a family the american dream all on discrimination upheld in past lawsuit events.

The $50,000.00 will be used to undue the hardship put trough the Plaintiff. The forcing of a plea deal and issueing criminal case as a civial lawsuit is under way. The state lead by Rozanna C larson has done anything but good faith in the dismissed case Prizek Vs Ward county. Rozanna larson plan to destroy the Plaintiff is, has, have work taking the Plantiff frist born son while the plaintiff was in treatment. Yancy B cottrill a public defenders out of williston N.D. can easly agree my case load has alot of discrimination factors in it. The Plantiff is a second class American. $50,000.00 will also go to legal tee's for Plantiff for helping North Dakota's

V.  Statement of Claim
D. continued / claim 4  Page 1

Scaired for my life once again put in a very real threatening situation of life and death. I had to possible revoak my Bond out of Ward county in order to asure my Saftey to not be detoxed cut cold turkey or a Sudden Stop of my methadone treatment with a sever heart condition adding to the Situation. The Situation Speceks Volumes of the danger in human life being loss. I am prepaired to revoak my Bond out of ward county to insure. I would be Safe to continue my dayly treatment. The federal law States no inmate will be physical harmed and No government enity may denie or discriminate against an american who is on methadon treatment. A government enity is a group of people looked at in a Small way such as Jail staff or as a big way such as group of Jails or of several Jail staff from different Jails.

When an inmate is transported to a different Jail it would Still be under the Control of a government enity in hole or Part. Just because a Sherriff is out of

Juristliction to pick up an inmate does not mean his power or control of the human life stops or is not current to the handle of that said inmate. While out of Jurisdiction

A government enity could be all of the United States of America who is working under the color of law on duty. A plaintiff can not sue a building such as the ward county jail but the building can sue the plaintiff in a crimminal maner. If a plantiff spray paints the jail the restitution would be named the ward county jail. That being said how is it A plaintiff can't sue a building. The building is part of the group or tools used by the government enity. (1:18-CV-115) Sorry off topic, but part of my situation dealing with the courts.

Parizek Vs ward county  1:18-CV-0110 Dismissed in good faith. The plantiff who changed treatment in north Dakota forever saving and changing human life across the State. The case was a turning point only a month after plantiff Scott Parizek filed a complaint forihadone in minot, Bismark, fargo, and even

V.

Statement of Claim

D. Continued / Claim 4 page 2

N.D.S.P. allowing the future of treatment into the justice System a tool giving to the State to provide a life saving combate solution to the war against opiads, overdose, relapse provention and changing humans life. The Plaintiff had won but yet no money was giving to Plaintiff. Scott Roman Parizek 37#32. The Plaintiff almost died and now lives a life in pain due to the event. that pain is only multiplyed by the State of North dakota detoxing the Scott Parizek or Ward County Plaintiff 3 times illegally: 1.) Nov/2016, 1:18-cv-13 2.) while in custody of N.D.S.P 2017-2019 about Oct/2018 3.) Jan/2021, 1.) a sudden stop, 2.) a two week detox from 150 mgs in Bismark East Unite of Max N.D.S.P. not even put into the infermery with a sever heart condition, No wright up also no reason to stop my medication. 3.) while at Ward county getting my does dayly posted bail and moved to Rubey Heart of America to do a intel apperance over zoom which could of been done out of Ward County jail and the plaintiff would still have access to his treatment while in custody. I XPlained more in Claim No. 1

A fourth adtempted was made by the State of North Dakota in mchenry county with ward countys complaint nature, adtempted to make the Plaintiff be transported to heart of America, Rubey. Mchenry county don't have a Jail, so The plaintiff had no need to be moved out of ward county jail on march/18/2022. The Plaintiff completed the online class said by the Judge and paid his fine in time. The Warrent was issued to Plaintiff on Dec/21/2021 the 90 day served was completed march/10/2021 Joshua E Frey an Michael Hurley had been warned the Plaintiff was on methadon Jan/2021 while the Plaintiff gave a false plea of guilt due to his sudden stop or denied treatment. The Plantiff wrote several letters to the mchenry county court house case no 25-2021-CR-005 & 2020-CR-301 The discrimination reaching and all new high when Michael hurley makes the Plaintiff do 120 days on a class B misdormenor. Michael hurley issues a faluie to appear on a medical marriwanna card. The Plantiff was regestered with the state at the time. Joshua E frey failed to get the information for the courts. The State of North Dakota

V

Statement of claim
D. continued / Claim 4 page 3
failed Scott. If the Plaintiff had a class D
driver liencens it would be in a State wide
data base only costing #7 a green card is
#50 paid by the Plaintiff which is also
unjust due to the hardship of COVID.
Micheal. hurley and Joshua E Frey were clearly
put of the Plaintiff though discriminating factors
after the Plaintiff wrote Several letter explaining
his Sever heart condition along his enrollment
in the treatment program. The Plaintiff asked
to allow his time be spent in ward county
Michael hurley gave no attention and dismissed
the Plaintiffs letter. The Plaintiff called
Joshua E frey explained his situation, Joshua
E frey did not care with a Stern voice said
you did not serve the 90 days for us. He
did not care about my treatment at all. Joshua
E frey would of done nothing just as he did in
Jan/2021. Micheal hurley Said kangroo court on
record and video recidiving of my false plea
of guilt easly seen on the video by Plaintiff
body language. Kangroo court is were inmates
hold a court hearing two friends act

one as the states attorney and another as the judge if found guilt beat the defendant up in all case the defendant in Kangroo court are found guilt Physical harm is the punishment by Michael hurly saying this on record along with Joshua E Frey in the court room the two knew what was happening to the plantiff as if past inmates transported from waid have been through this before. michael hurly, Trey Skager and Jashua E frey are doing this illeagel detox to get more pleas of guilt. The three found an easy way to capitlize on struggling drug addicts who are in treatment trying to get the help protected by federal laws. The three Mike hurly, Trey Skager and jashua E frey are acting it they are above the federal laws or human rights of Disabled Americans.

It is not hard to know or immagen that all the defendants could, have, has or are working together to discriminate against our Second class Americans a second class American is an american with a criminal record. The Plantiff has expressed to all defendants of how Scott R Perizell changed treatment forever in the State of north Dakota helping mankind

Statement of claim
D. contined / claim 4 page 4
with the fight of overdoes, relapse prevention and
saving local lives in hope the defendants would
help the Plaintiff instead it gave the defendants
more reason. The discrimination is all walks
of the North Dakota enity. From the jail
posting the wrong bond online also telling Plaintiffs
family members the wrong bond, TO State attorneys
charge happy all the way to the judges Breaking
court rules as 120 day on Class B misdormenor
falure to appear on case files that would break
North Dakota court laws. State attorney charging
out ragest crimes against Plaintiff.
      The Plaintiff should be awarded
  $250,000 for the basic american rights
being violated against Plaintiff. The countless
attempts on his life and violations of the
USA constitution.
      The money will be used to build a house, America
is the land of the free, we ran here to be free
why must the Plaintiff move in order to stop
the herassment to get out of the juradiction
      The money will be used to make up for
the days in carseration also for counciling

The defendants could of Simply treated the Plaintiff in a normal way, A very real Statement.

The Plaintiff is in danger of his life even today march/20/2022 by Joshua E Frey, Michael hurley and trey Sluger. The Plaintiff gave Several messages voicemails, texts, court letters, and even talking with clerk of Courts. No one cared about the Plaintiffs Rights Under American Disablity act also No inmate will experice physical harm. The response was a hang up, we dont Care just like in Jan/2021.

Leah viste on march/20/2022 gave a very reasonable plea deal on the cases, but the damage already done The rediculus charges should of not made the Plaintiff sit one day. The criminal Charges and should of never been issued. Mchenry county decided not to move me march/ 18/2022, I hope they dont because last time it caused lasting physical damage in Jan/2021 Any one on methadone should be housed were they can get treatment. A Starter regestery almost

Local PLRA Complaint Packet                                                 Rev.5/1/13

E.    Additional Claims:    Attach an extra sheet <u>if necessary</u>, and write the heading **PART V
CONTINUED** at the top of that sheet

**VI.   Relief**

[NOTE: State briefly <u>exactly what you want the Court to do for you</u>.]

To award all request made by Plintff Claim No 1
the Sum of $1,105,000.00 Claim no 2 #125,000.00   Claim no 3
$50,000.00   Claim no 4 #250,000.00 and case
1:18-CV-01110 be reopened and the sum of #900,000.00 in
that case be also awarded to Plaintiff
          Or a job 55,000 a year garentty 22 years 25 hours
                                                      Max a week

**VII.  Signature(s) of Plaintiff(s)**

Signed this  20  day of   March                    , 20 22 .

(Signature of Plaintiff)

Signatures of additional plaintiffs, if any:

_____           _____

_____           _____

VI. <u>Relief</u>   Special Event

   If I die due to transport to Rubey,
Heart of America or wrongful death.
   The Sum of my Suit not be less
then what asked, split between three
   50 d° to Puyton Parizek at age of 18 (son)
   25 d° to Vanieca Parizek/ Erickson (Mom)
   25 d° to Doddi Ruth Erickson (sister)

   I ask for a federal law that
States No child maybe removed from
the home if parents are in any form of
treatment, when CPS. enters
      C.P.S. is Very discriminating to
anyone in the program How can Parents be
subject to there program for trying to
get help? C. M.S. should let C.P.S.
know if the parent fails a UA Not the
Protocall now.

   Michael P. Hurly, V. Joshua E. Frey,
   Are most to blame in the issue
and physical damage. Michael P.
Hurley has made Several hoops to
make sure Plaintiff would be denied

His treatment The county mchenry
has made it so a 90 day Sentence
would not Start until Plaintiff is
housed in a jail without his medication
   A judgement is for more inmportant then
caSwerrent so how is it the Plaintiff
did not Start until he bailed out of
Ward county on a warrent. A guilty
Until innicent ordeal going on here.
michael Harley has made it very Seen
by the Plaintiff it is a clear discrimination
factor   A government enity can be as big as
a State Small as an office, A building is part of that enity.
   Why can ward county charge for medication
while an inmate if we have mediccaid?

   more programs for pre excitting heart
Conditions like mine, I only have three values
on my aorta. My left arm is 100/80 right 140/100
left arm shorter the right
   They just try to do there job and
become complacment, but I need to Stand
up. The 402 should be proved by defendants